948

No. 89–1513. MAGNUM TOWING, INC., ET AL. v. DADE COUNTY ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 89–1514. POSADA v. DALLAS COUNTY CHILD WELFARE UNIT OF THE TEXAS DEPARTMENT OF HUMAN SERVICES. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 89–1515. RUSHEN, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS v. SPAIN. C. A. 9th Cir. Certiorari denied.

No. 89–1519. WINTERBOURNE v. WORKERS' COMPENSATION APPEALS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1520. COOK INLET TRIBAL COUNCIL ET AL. v. CATHOLIC SOCIAL SERVICES, INC., ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 89–1523. COX-UPHOFF CORP. ET AL. v. MENTOR CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 89–1524. SCHERMERHORN ET AL. v. ILLINOIS DEPARTMENT OF REGISTRATION AND EDUCATION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–1525. NOBEL-SYSCO FOODS SERVICES CO. v. TOLEDO. C. A. 10th Cir. Certiorari denied.

No. 89–1534. TESLA PACKAGING INC. ET AL. v. RUBIN ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1543. FISHER v. LYONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–1544. REYES v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 89–1554. BLACKWELDER ET AL. v. LIFE & HEALTH SERVICES, INC. Sup. Ct. Ala. Certiorari denied.

No. 89–1595. LEWIS v. VISA USA INC. ET AL. C. A. 8th Cir. Certiorari denied.